JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

|  |  |
|---|---|
| ANYELIMAR DEL VALLE GONZALEZ GOMEZ, | No. 5:26-cv-03530-SSS-MBK |
| Petitioner, | **JUDGMENT** |
| v. |  |
| WARDEN, ADELANTO ICE PROCESSING CENTER, et al., |  |
| Respondents. |  |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Claim Two and (1) Petitioner shall be released from immigration detention on the supervision conditions previously imposed; (2) Respondents shall not impose any release restrictions on petitioner, such as electronic monitoring, unless deemed necessary at a future pre-deprivation hearing; (3) Respondents are enjoined from re-detaining petitioner unless they first follow the procedures set forth in 8 C.F.R. § 241.13(i), including providing Petitioner with adequate pre-deprivation notice and a meaningful opportunity to respond;

//

and (4) Respondents are ordered to return to Petitioner any seized identity documents at the time of her release.

DATED: July 2, 2026

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

2